UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY,

Plaintiff,

-v-

ALAN P. ROSEFIELDE,

Defendant.

FILED
DEC 14 2007
USDC WP SDNY

Case No. _____
ECF CASE
Rule 7.1 Statement

JUDGE LYNCH
'07 CIV 11273

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff American Guarantee and Liability Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SEE ATTACHED

Date: December 14, 2007

Signature of Attorney

Attorney Bar Code: SC 0506

Form Rule7_1.pdf  SDNY Web 10/2007

## AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

### BALANCE SHEET

#### ADMITTED ASSETS ($000)

|  | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| Bonds | 9,080 | 13,704 | 58.3 | 94.2 |
| Cash & short-term invest | 518 | 208 | 3.3 | 1.4 |
| Other non-affil inv asset | 1 | 1 | 0.0 | 0.0 |
| Total invested assets | 9,599 | 13,913 | 61.6 | 95.6 |
| Premium balances | 161 | 161 | 1.0 | 1.1 |
| Accrued interest | 145 | 208 | 0.9 | 1.4 |
| All other assets | 5,671 | 272 | 36.4 | 1.9 |
| Total assets | 15,576 | 14,555 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

|  | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| Loss & LAE reserves | 2,179 | 510 | 14.0 | 3.5 |
| Unearned premiums | 179 | 284 | 1.2 | 2.0 |
| All other liabilities | 1,913 | 658 | 12.3 | 4.5 |
| Total liabilities | 4,272 | 1,452 | 27.4 | 10.0 |
| Capital & assigned surplus | 4,000 | 4,000 | 25.7 | 27.5 |
| Unassigned surplus | 7,304 | 9,102 | 46.9 | 62.5 |
| Total policyholders' surplus | 11,304 | 13,102 | 72.6 | 90.0 |
| Total liabilities & surplus | 15,576 | 14,555 | 100.0 | 100.0 |

### SUMMARY OF 2004 OPERATIONS ($000)

| Statement of Income | 12/31/04 | Funds Provided from Operations | 12/31/04 |
|---|---|---|---|
| Premiums earned | 3,830 | Premiums collected | 4,377 |
| Losses incurred | 6,011 | Benefit & loss related pmts | 7,990 |
| LAE incurred | 564 | Net transfers to accounts | ... |
| Undrw expenses incurred | 1,339 | LAE & undrw expenses paid | 1,893 |
| Net underwriting income | -4,084 | Undrw cash flow | -5,506 |
| Net investment income | 695 | Investment income | 759 |
| Other income/expense | 0 | Other income/expense | 0 |
| Pre-tax oper income | -3,388 | Pre-tax cash operations | -4,746 |
| Realized capital gains | 323 |  |  |
| Income taxes incurred | -1,256 | Income taxes pd (recov) | 690 |
| Net income | -1,809 | Net oper cash flow | -5,436 |

---

**Zurich Financial Services Group**
### AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
New York, NY
1400 American Lane, Schaumburg, IL 60196-1056
Web: www.zurichna.com

Tel: 847-605-6000  Fax: 847-605-6011
AMB#: 02562  NAIC#: 26247
FEIN#: 36-6071400

### BEST'S RATING
Based on our opinion of the consolidated Financial Strength of the property/casualty members of Zurich Financial Services Group, which operate under a group structure, each group member is assigned a Best's Rating of A (Excellent). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the group. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE
For a detailed discussion of the rating rationale, refer to the report of Zurich Financial Services Group.

**Best's Rating: A g**    **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2005: A g

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 09/14/04 | A g | 09/06/02 | A gu |
| 06/10/04 | A g | 03/22/02 | A+ g |
| 09/03/03 | A g | 09/27/01 | A+ gu |
| 05/30/03 | A g | 11/17/00 | A+ g |
| 12/18/02 | A g |  |  |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
|---|---|---|---|---|---|---|
| 2000 | 447,902 | ... | 7,802 | 7,881 | 146,532 | 146,399 |
| 2001 | 724,331 | ... | 8,262 | 7,125 | 151,153 | 150,655 |
| 2002 | 1,008,748 | ... | 7,913 | 11,751 | 88,403 | 87,662 |
| 2003 | 1,231,899 | ... | 3,785 | 4,984 | 93,987 | 93,729 |
| 2004 | 1,312,783 | ... | 4,306 | 4,570 | 213,770 | 128,140 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev. | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2000 | ... | 5.3 | ... | -4.5 | ... | 0.0 | 999.9 | 732.8 |
| 2001 | ... | 5.5 | ... | 3.5 | ... | 0.0 | 999.9 | ... |
| 2002 | ... | 6.9 | ... | 6.9 | ... | 0.0 | 999.9 | ... |
| 2003 | ... | 4.3 | ... | 6.7 | ... | 0.0 | 999.9 | ... |
| 2004 | ... | 3.9 | ... | 5.3 | ... | 0.7 | 249.6 | 152.9 |
| 5-Yr | ... | 5.2 | 0.0 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

### BUSINESS REVIEW
For a detailed discussion of business review, refer to the report of Zurich U.S.

**Affiliations:** American Insurance Association; Insurance Services Office, National Council on Compensation Insurance and Surety Association of America.

### 2004 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Fire | 115,842 | ... | ... | ... | ... |
| Com'l MultiPeril | 34,301 | ... | ... | ... | ... |
| Workers' Comp | 104,708 | ... | ... | ... | ... |
| Oth Liab Cl-Made | 149,212 | ... | ... | ... | ... |
| Comm'l Auto Liab | 53,020 | ... | ... | ... | ... |
| Prod Liab Occur | 140,402 | ... | ... | ... | ... |
| Oth Liab Occur | 533,020 | ... | ... | ... | ... |
| Allied Lines | 121,187 | ... | ... | ... | ... |
| All Other | 61,091 | ... | ... | ... | ... |
| Totals | 1,312,783 | ... | ... | ... | ... |

**Major 2004 Direct Premium Writings by State ($000):** California, $157,760 (12.0%); Texas, $137,499 (10.5%); New York, $95,046 (7.2%); New Jersey, $83,406 (6.4%); Connecticut, $75,548 (5.8%); Florida, $74,949 (5.7%); 45 other jurisdictions, $685,407 (52.2%); Aggregate Alien, $3,167 (0.2%).

### CAPITALIZATION
For a detailed discussion of capitalization, refer to the report of Zurich U.S.

### CAPITAL GENERATION ANALYSIS ($000)

Source of Surplus Growth

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 2000 | 7,802 | 55 | ... | 24 | 7,881 | 5.7 |
| 2001 | 8,262 | -3,958 | ... | -49 | 4,256 | 2.9 |
| 2002 | 7,913 | 4,835 | -74,998 | -743 | -62,993 | -41.8 |
| 2003 | 3,785 | 1,717 | ... | 565 | 6,067 | 6.9 |
| 2004 | 4,306 | 1,065 | 30,000 | -961 | 34,411 | 36.7 |
| 5-Yr | 32,069 | 3,713 | -44,998 | -1,163 | -10,379 | ... |

### HISTORY
This company was organized under the laws of New York as an affiliate of the United States Branch of the Zurich Insurance Company. It commenced business on September 6, 1939.

The Zurich Fire Insurance Company of New York, a former member of the Zurich Group, was merged into the company at the close of business on December 31, 1952.

Administrative offices were moved in early 1980 from Chicago to Schaumburg, Illinois.

Capital stock of $5,000,027 consists of 6,636 common shares at $753.47 par value each. All authorized shares are outstanding.

The company is a member of the Zurich U.S. pool.

To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/blr

2005 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY    273

AMERICAN GUARANTY INSURANCE COMPANY

### MANAGEMENT

The company is owned by Zurich American Insurance Company. Zurich American is owned by Zurich Holding Company of America, Inc. which is, in turn, owned by the Zurich Financial Services Group.

All of the outstanding capital stock passed to Zurich American Insurance Company in December, 1998 (as a surplus contribution) from its parent, Zurich Holding Company of America, Inc. Prior to October 31, 1981, direct stock ownership had resided with the former U.S. Branch of Zurich Insurance Company, Switzerland.

The management of this company also directs the affairs of Zurich American Insurance Company.

**Officers:** Chief Executive Officer, Axel Lehmann; President, Thomas A. Bradley; Executive Vice President and Secretary, David A. Bowers; Executive Vice President and Treasurer, David A. Levinson; Executive Vice Presidents, E. Randall Clouser, J. Peter Connors, James D. Engel, Robert M. Fishman, Craig J. Fundum, Donna L. Galer, Donna L. Galer, Barry J. Gilway, Donald J. Hurzeler, John A. Kelm, Michael D. Markman, Nancy D. Mueller, Frank A. Patalano, Steve Rand, David J. Saul, Raymond C. Thomas, Dianne Whidden.

**Directors:** David A. Bowers, Thomas A. Bradley, James D. Engel, Donna L. Galer, Barry J. Gilway, Donald J. Hurzeler, John A. Kelm, Axel Lehmann (Chairman), James W. March, Michael D. Markman, Nancy D. Mueller, Juliet G. Nash, Frank A. Patalano.

### REGULATORY

An examination of the financial condition is being made as of December 31, 2003 by the Insurance Department of New York. An annual independent audit of the company is conducted by PricewaterhouseCoopers, LLP. An annual evaluation of reserves for unpaid losses and loss adjustment expenses is made by Nancy D. Mueller, Executive Vice President.

**Territory:** The company is licensed in the District of Columbia and all states.

### REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Zurich U.S.

### BALANCE SHEET

#### ADMITTED ASSETS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| Bonds | 121,468 | 83,075 | 56.8 | 88.4 |
| Cash & short-term invest | 89 | 3,005 | 0.0 | 3.2 |
| Other non-affil inv asset | 6,727 | 6,293 | 3.1 | 6.7 |
| Investments in affiliates | 1 | 1 | 0.0 | 0.0 |
| Total invested assets | 128,285 | 92,375 | 60.0 | 98.3 |
| Premium balances | -361 | | -0.3 | |
| Accrued interest | 992 | 757 | 0.5 | 0.8 |
| All other assets | 85,053 | 855 | 39.8 | 0.9 |
| Total assets | 213,770 | 93,987 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| All other liabilities | 85,630 | 258 | 40.1 | 0.3 |
| Total liabilities | 85,630 | 258 | 40.1 | 0.3 |
| Capital & assigned surplus | 177,270 | 147,270 | 82.9 | 156.7 |
| Unassigned surplus | -49,131 | -53,541 | -23.0 | -57.0 |
| Total policyholders' surplus | 128,140 | 93,729 | 59.9 | 99.7 |
| Total liabilities & surplus | 213,770 | 93,987 | 100.0 | 100.0 |

### SUMMARY OF 2004 OPERATIONS ($000)

| Statement of Income | 12/31/04 | Funds Provided from Operations | 12/31/04 |
|---|---|---|---|
| Premiums earned | ... | Premiums collected | 84,964 |
| Losses incurred | ... | Benefit & loss related pmts | 58,650 |
| Net underwriting income | ... | Undrw cash flow | 26,314 |
| Net investment income | 4,306 | Investment income | 4,737 |
| Pre-tax oper income | 4,306 | Pre-tax cash operations | 31,051 |
| Realized capital gains | 277 | | |
| Income taxes incurred | 13 | Income taxes pd (recov) | ... |
| Net income | 4,570 | Net oper cash flow | 31,051 |

---

## AMERICAN GUARANTY INSURANCE COMPANY
343 Six Forks Road, Suite 300, Raleigh, NC 27609
Mail: P.O. Box 18747, Raleigh, NC 27619

Tel: 919-716-7573  Fax: 919-716-7031
AMB#: 00130  NAIC#: 35521
FEIN#: 56-1174907

### BEST'S RATING

Based on our opinion of the company's Financial Strength, it is assigned a Best's Rating of B++ (Very Good). The company's Financial Size Category is Class IV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

**Rating Rationale:** The rating reflects the company's low underwriting leverage, strong operating profitability, sound balance sheet and the support of its parent, First Citizens Bancshares, Inc., which provides financial support as well as marketing opportunities. These positive factors are partially offset by the company's product concentration as a dedicated personal auto writer in North Carolina that subjects it to competitive and regulatory market pressures.

Prior to 2002, underwriting results were distorted due to an insignificant level of premium volume that resulted in an elevated expense position. Since that time the company increased writings, causing the expense position to fall in line with its industry composite. This, in conjunction with favorable loss experience, resulted in combined and operating ratios that compared favorably with the industry composite. This favorable loss experience was offset slightly by the significant premium growth in 2002 and 2003. Furthermore, with the exception of calendar/accident year 2002, the company experienced favorable loss reserve development patterns in each of the last five years.

**Best's Rating: B++**                                **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2005: B++

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 09/09/04 | B++ | 06/11/02 | NR-1 |
| 03/23/04 | NR-2 | 06/13/01 | NR-1 |
| 06/05/03 | NR-2 | 06/22/00 | NR-1 |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
|---|---|---|---|---|---|---|
| 2000 | 400 | 400 | 369 | 252 | 8,201 | 7,933 |
| 2001 | 358 | 358 | 239 | 159 | 8,261 | 8,105 |
| 2002 | 4,948 | 2,511 | 141 | 20 | 10,180 | 8,206 |
| 2003 | 7,913 | 3,607 | 238 | 165 | 10,116 | 8,365 |
| 2004 | 5,628 | 2,255 | 63 | 46 | 9,657 | |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv. Lev. | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash (%) |
| 2000 | 134.8 | 5.7 | 86.8 | 0.6 | 0.1 | 0.1 | 999.9 | 137.1 |
| 2001 | 163.5 | 5.2 | 66.5 | 0.4 | 0.0 | 0.1 | 999.9 | |
| 2002 | 95.5 | 4.3 | 8.2 | 0.4 | 0.3 | 0.5 | 515.7 | |
| 2003 | 99.4 | 2.5 | 6.4 | 0.2 | 0.4 | 0.6 | 577.7 | |
| 2004 | 104.7 | 1.5 | 2.6 | 0.2 | 0.3 | 0.4 | 747.1 | |
| 5-Yr | 103.8 | 3.9 | 12.1 | ... | ... | ... | ... | |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Professional Non-standard Auto Writers.

### BUSINESS REVIEW

American Guaranty Insurance Company specializes in providing non-standard private passenger automobile insurance coverage. The company's products are distributed through an independent agency network of approximately 200 agents throughout the state of North Carolina. The company also offers inland marine and credit insurance.

During 2000, American Guaranty became a wholly-owned subsidiary of First Citizens Bancshares, Inc. a publicly-traded bank holding company. This was a result of the additional revenue generating opportunities provided to banks by the Gramm-Leach-Bliley Act adopted by congress during 1999.

**ZURICH FINANCIAL SERVICES GRP**
  Centre Insurance Company
  Centre Solutions U.S. Group
  ZC Specialty Insurance Company
  Zurich U.S.
    American Guarantee & Liab Ins
    American Zurich Insurance Co
    Assurance Company of America
    Colonial American Cas & Surety
    Empire Fire & Marine Ins Co
    Empire Indemnity Ins Co
    Fidelity and Deposit Co of MD
    Maine Bonding & Casualty Co
    Maryland Casualty Company
    Maryland Insurance Company
    National Standard Ins Co
    Northern Insurance Co of NY
    Steadfast Insurance Company
    Universal Underwriters Ins Co
    Universal Underwriters of TX
    Valiant Insurance Company
    Zurich American Insurance Co
    Zurich American Ins Co of IL