**Alstate Process Service Inc.**
60 BURT DRIVE
DEER PARK, NEW YORK 11729
631/667-1800

CASE # 11091-32418
Date Received: 12/18/07

UNITED STATES SOUTHERN DISTRICT COURT

COUNTY OF NEW YORK

INDEX NO.: 07 CIV 11273

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

*Plaintiff(s)*

against

ALAN P. ROSEFIELDE, ET AL

*Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF Flordia  COUNTY OF Miami Dade  ss.:

Manny Sires being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Florida.

That on 01/16/08 @ 11:30 am @ 2135 Lake Drive, Miami Beach, FL 33027 deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, AND RULE 7.1* bearing Index# 07 CIV 11273 & filing date 12/14/07
ALAN P. ROSEFIELDE
defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy *of each* to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☐ a ___ corporation, by delivering thereat a true copy *of each* to ___ personally; deponent knew said corporation so served to be the corporation described as the named defendant and knew said individual to be the ___ thereof an authorized person to accept service of process

**SUITABLE AGE PERSON** ☒ by delivering thereat a true copy *of each* to Rick Ruiz, Security Guard a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's usual Place of Abode and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's ___ within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's ___ with ___ and having called there on ___

✱Statement

**MAILING** ☒ On 1/18/08 deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's residence 2135 Lake Drive Miami Beach FL 33027 and deposited said wrapper in a post office of the United States Postal Service.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| M | WH | Blck | 35 | 5'10" | 300 |

**USE IN NYC CIVIL CT.** ☐ Other identifying features: ___

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

**NOTARY** SWORN TO BEFORE ME ON 1/18/08

*Nadia B* [signature]

Notary Public State of Florida
Nadia B Domenech
My Commission DD700637
Expires 07/31/2011

MY COMMISSION EXPIRES ___

SERVER Manny Sires
LICENSE NO. 1098