UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN GUARANTEE AND<br>LIABILITY INSURANCE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALAN P. ROSEFIELDE,<br><br>　　　　　　　　　Defendant. | ECF CASE<br><br>Civil Action 07-civ-11273 (GEL/GWG)<br><br>**NOTICE OF MOTION TO DISMISS FOR FAILURE TO PLEAD FRAUD WITH SUFFICIENT PARTICULARITY** |

TO:　　Steven A. Coploff
　　　　STEINBERG & CAVALIERE, LLP
　　　　50 Main Street, Suite 901
　　　　White Plains, NY 10606
　　　　Attorneys for Plaintiff,
　　　　American Guarantee and Liability Insurance Company

　　PLEASE TAKE NOTICE that the undersigned attorneys for defendant, Alan P. Rosefielde, will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, pursuant to Rule 9(b) of the Federal Rules of Civil Procedure, for an Order dismissing Count One of the Complaint filed by plaintiff, American Guarantee and Liability Insurance Company, for failure to plead fraud with particularity.

　　In support of this Motion, Rosefielde shall rely upon the accompanying brief. A proposed form of Order is also being submitted.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ARCHER & GREINER
　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　By: *s/ Alexander Nemiroff*
　　　　　　　　　　　　　　　　　　　　Alexander Nemiroff
　　　　　　　　　　　　　　　　　　　　One Centennial Square
　　　　　　　　　　　　　　　　　　　　Haddonfield, NJ 08033-0968
　　　　　　　　　　　　　　　　　　　　(856) 795-2121
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　Alan P. Rosefielde

Dated:　February 27, 2008
3101283v2