UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY,                           Civil Action No.
                                             07 Civ. 11273 (GEL) (GWG)
              Plaintiff,
                                             **AFFIDAVIT OF SERVICE**
    -against-
                                             ECF CASE
ALAN P. ROSEFIELDE,

              Defendant.
------------------------------------X

   FELICIA CUSANO, being duly sworn, deposes and says that:

   1.  I am not a party to the above-captioned action; am over eighteen years of age; and reside in Ossining, New York.

   2.  On March 12, 2008, I served the **MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS FIRST CLAIM FOR RELIEF** by electronic filing:

TO:  Archer & Greiner
     Attorneys for Defendant
     One Centennial Square
     Haddonfield, NJ 08033-0968

                                      _____
                                              FELICIA CUSANO

Sworn to before me this
12 day of March, 2008.

_____
     Notary Public

          STEVEN A. COPLOFF
        Notary Public, State of New York
S&C#93113.1      No. 02CO6083918
          Qualified in Westchester County
          Commission Expires November 25, 2008