UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY,                       Civil Action No.
                                         07 Civ. 11273 (GEL) (GWG)
              Plaintiff,
                                         **AFFIDAVIT OF SERVICE**
    -against-
                                         ECF CASE
ALAN P. ROSEFIELDE,

              Defendant.
----------------------------------X

FELICIA CUSANO, being duly sworn, deposes and says that:

1. I am not a party to the above-captioned action; am over eighteen years of age; and reside in Ossining, New York.

2. On April 7, 2008, I served the **REPLY TO COUNTERCLAIMS** by electronic filing:

TO:  Archer & Greiner
     Attorneys for Defendant
     One Centennial Square
     Haddonfield, NJ 08033-0968

                                    _____
                                    FELICIA CUSANO

Sworn to before me this
7 day of April, 2008.

_____
Notary Public

S&C#93113.1

STEVEN A. COPLOFF
Notary Public, State of New York
No. 02CO6063918
Qualified in Westchester County
Commission Expires November 25, 2006